failure to prosecute in accordance with the rules.

WARSAW ORTHOPEDIC, INC., Medtronic Sofamor Danek USA, Inc., Medtronic Puerto Rico Operations Company and Medtronic Sofamor Danek Deggendorf, GMBH, Plaintiffs–Appellees,

v.

GLOBUS MEDICAL, INC., Defendant–Appellant.

No. 2009–1525.

United States Court of Appeals, Federal Circuit.

June 16, 2010.

Cynthia D. Vreeland, Mark C. Fleming, Wilmer Cutler Pickering Hale, Boston, MA, William G. McElwain, Seth P. Waxman, Gregory H. Lantier, Amy Nelson, Wilmer Cutler Pickering Hale, Washington, DC, for Plaintiffs–Appellees.

Constantine L. Trela Jr., Tacy F. Flint, Sidley Austin LLP, Chicago, IL, Rachel H. Townsend, Sidley Austin LLP, Washington, DC, for Defendant–Appellant.

**ORDER**

The order of dismissal and the mandate dated 06/15/2010 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Samuel L. HANKINS, Petitioner,

v.

DEPARTMENT OF the NAVY, Respondent.

No. 2010–3125.

United States Court of Appeals, Federal Circuit.

July 10, 2010.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.